**PRESIDENT**
RAY KELLY, ALBANY

**PRESIDENT-ELECT**
DANIEL N. ARSHACK, MANHATTAN

**VICE-PRESIDENTS**
GEORGE R. GOLTZER, MANHATTAN
DANIEL J. HENRY, JR, HAMBURG
GREG D. LUBOW, TANNERSVILLE
DONALD G. REHKOPF, JR., ROCHESTER
LISA SCHREIBERSDORF, BROOKLYN
STEPHANIE L. ZARO, KEW GARDENS

**SECRETARY**
CRAIG SCHLANGER, SYRACUSE

**TREASURER**
STEVEN L. KESSLER, MANHATTAN

**PAST-PRESIDENTS**
LAWRENCE S. GOLDMAN, MANHATTAN
PAUL J. CAMBRIA, BUFFALO
JACK T. LITMAN, MANHATTAN
MARK J. MAHONEY, BUFFALO
DAVID L. LEWIS, MANHATTAN
WILLIAM I. ARONWALD, WHITE PLAINS
THOMAS F. LIOTTI, GARDEN CITY
IRA D. LONDON, MANHATTAN
JEANNE E. METTLER, TARRYTOWN
MURRAY RICHMAN, BRONX
GERARD M. DAMIANI, NEW CITY
MARVIN E. SCHECHTER, MANHATTAN
KATHRYN M. KASE, HOUSTON, TEXAS
RUSSELL M. GIOIELLA, MANHATTAN
JAMES P. HARRINGTON, BUFFALO
RICHARD J. BARBUTO, GARDEN CITY
MARTIN B. ADELMAN, MANHATTAN
JOSHUA L. DRATEL, MANHATTAN

**DIRECTORS**
BRUCE BARKET, GARDEN CITY
NEIL CHECKMAN, MANHATTAN
GREGORY CLARKE, STATEN ISLAND
DAVID I. GOLDSTEIN, CHESTNUT RIDGE
RICHARD JASPER, MANHATTAN
JAMES KERRIGAN, ITHACA
MATTHEW KLUGER, BRONX
JAMES LONG, ALBANY
DENNIS MURPHY, MANHATTAN
DONNA NEWMAN, MANHATTAN
KEVIN O'CONNELL, MANHATTAN
ANDREW PATEL, MANHATTAN
REMY PEROT, BINGHAMTON
ARLENE POPKIN, WHITE PLAINS
ALAN ROSENTHAL, SYRACUSE
THOMAS SAITTA, BINGHAMTON
ERIC SEIFF, MANHATTAN
RICHARD WILLSTATTER, WHITE PLAINS

**EXECUTIVE DIRECTOR**
PATRICIA MARCUS, MANHATTAN



# NEW YORK STATE ASSOCIATION OF CRIMINAL DEFENSE LAWYERS

An Affiliate of the National Association of Criminal Defense Lawyers
Founded in 1986

245 FIFTH AVENUE • 19TH FLOOR
NEW YORK, NEW YORK 10016
TEL: (212) 532-4434
FAX: (212) 532-4668
E-MAIL: NYSACDL@AOL.COM
WWW.NYSACDL.ORG

OR

❑ IF CHECKED, PLEASE REPLY DIRECTLY TO
THE OFFICE OF THE PRESIDENT AT:
112 STATE STREET, ALBANY, NEW YORK 12207

5:06-CR-316

December 19, 2006

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JAN 03 2007

LAWRENCE K. BAERMAN, Clerk
UTICA

Hon. David N. Hurd
United States District Judge
Northern District of New York
Alexander Pirnie Federal Building
10 Broad Street
Utica, New York 13501

Dear Judge Hurd:

I am writing in my capacity as Executive Director of the New York State Association of Criminal Defense Lawyers, a statewide criminal bar association. I have known Sanford Meltzer for over 13 years, and have known him to be an active and concerned member of our association, always ready, willing and able to mentor new members and share his knowledge of the law and procedure.

Because of his stature as a senior member of the Onondaga County bar and a member of the Onondaga County Bar Association, Mr. Meltzer went out of his way to advise our continuing legal education committee and give input on the sorts of topics to be included in the seminars we present in Syracuse and neighboring counties.

Mr. Meltzer started the tradition of posting timely articles from the New York Law Journal and other legal publications and newspapers on our listserv in an effort to assure that our members were up-to-date with news and cases affecting the practice of criminal law. If members did not have access to online legal research, Sandy would graciously email the material. He has freely contributed his time and talents to the New York State Association of Criminal Defense Lawyers. His generosity and civic-minded contributions have been invaluable to our members.

Very truly yours,

Patricia Marcus
Patricia Marcus
Executive Director