

MICHAEL A. FITZGERALD, M.D.
JAMES G. TIFFT, M.D.
JOHN A. DALE, M.D.
SCOTT A. EDISON, M.D.
DAVID G. HEISIG, M.D.
THEODORE J. KOH, M.D.
JOHN H. SUN, D.O.
BARBARA M. KANE, R.N., N.P.
KAREN A. ALCOTT, R.N., N.P.

December 21, 2006

5:06-cr 316

The Honorable David N. Hurd
United States District Court
Alexander Pirnie Federal Building
10 Broad St
Utica, NY 13501

RE:   SANFORD MELTZER
DOB: _____

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JAN 03 2007

LAWRENCE K. BAERMAN, Clerk
UTICA

Dear Honorable Hurd:

Mr. Meltzer is a gentleman who I had seen for a colonoscopy and removed a polyp. That was in 2005. He subsequently returned to my office having some discomfort in the left lower quadrant. A CT scan revealed some stranding which suggested that he had some diverticulitis. This was treated conservatively with antibiotics and he had no further problems from my standpoint.

I have not seen him since that time. I do note, however, that he was admitted and seen in consultation by some of my partners within the past several months. Our involvement with him is minimal. He does have a very extensive cardiac and medical history. A copy of my evaluation is enclosed.

It probably is more appropriate that you talk to his cardiologist.

Sincerely,

Michael A. FitzGerald, M.D.
MAF/L&M/ls

CC:   Christine Taylor

COMMUNITY GENERAL HOSPITAL
PHYSICIANS' OFFICE BUILDING
4870 BROAD RD., SUITE 3Q
SYRACUSE, NY 13215
(315) 492-5765  FAX 492-5123

NORTHEAST MEDICAL CENTER
4309 MEDICAL CENTER DRIVE
FAYETTEVILLE, NY 13066
(315) 329-7300  FAX 329-7308

NORTH MEDICAL PLAZA
5112 WEST TAFT ROAD
SECOND FLOOR, SUITE U
LIVERPOOL, NY 13088
(315) 452-2214  FAX 452-2217

4939 BRITTONFIELD PARKWAY
BLDG. B, SECOND FLOOR, SUITE 209
EAST SYRACUSE, NY 13057
(315) 218-0085  FAX 218-0087



MICHAEL A. FITZGERALD, M.D.
JAMES G. TIFFT, M.D.
JOHN A. DALE, M.D.
SCOTT A. EDISON, M.D.
DAVID G. HEISIG, M.D.
THEODORE J. KOH, M.D.
JOHN H. SUN, D.O.
BARBARA M. KANE, R.N., N.P.
KAREN A. ALCOTT, R.N., N.P.

December 18, 2006

Ms. Christine Taylor/Sentencing Advocate
Center for Community Alternatives
115 East Jefferson Street
Suite 300
Syracuse, NY 13202

**RE:   SANFORD MELTZER**
**DOB: 07/04/33**

Dear Ms. Taylor:

Dr. Fitzgerald asked me to comment on Sanford Meltzer because I saw him in the hospital more recently than he has seen him. I do not care for Mr. Meltzer on a regular basis. I really cannot answer your questions, per se. I would suggest you get a release of information for the St. Joseph's Hospital medical records and you can review those. If you have any questions regarding that you can address them with Dr. Fitzgerald.

Thank you for your attention to this matter.

Sincerely yours,

David G. Heisig, M.D., FACP
DGH/L&M/lab

CC: Michael A. Fitzgerald, M.D.

COMMUNITY GENERAL HOSPITAL
PHYSICIANS' OFFICE BUILDING
4870 BROAD RD., SUITE 3Q
SYRACUSE, NY 13215
(315) 492-5765  FAX 492-5123

NORTHEAST MEDICAL CENTER
4309 MEDICAL CENTER DRIVE
FAYETTEVILLE, NY 13066
(315) 329-7300  FAX 329-7308

NORTH MEDICAL PLAZA
5112 WEST TAFT ROAD
SECOND FLOOR, SUITE U
LIVERPOOL, NY 13088
(315) 452-2214  FAX 452-2217

4939 BRITTONFIELD PARKWAY
BLDG. B, SECOND FLOOR, SUITE 209
EAST SYRACUSE, NY 13057
(315) 218-0085  FAX 218-0087