

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
APR 03 2007
LAWRENCE K. BAERMAN, Clerk
UTICA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

*******************************************

**UNITED STATES OF AMERICA**

Crim. No. 06-CR-316 (DNH)

v.

**SANFORD MELTZER,**

         **Defendant.**

*******************************************

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses Information No. 06-CR-316 against the defendant.

The reasons for this dismissal is:

   \_\_\_ Case transferred to another District

   \_\_\_ Speedy Trial Act

   \_\_\_ Defendant's cooperation

   \_\_\_ Insufficient evidence at this time

   _X_ Other: <u>The defendant, Sanford Meltzer, is deceased, having passed away on February 25, 2007.</u>

With respect to this dismissal, defendant (check one):

___ Consents

___ Objects

_X_ Has not been consulted

This dismissal is without prejudice.

                                    GLENN T. SUDDABY
                                    United States Attorney

By:   Lisa M. Fletcher
      Assistant U.S. Attorney
      Bar Roll No. 510187

Leave of court is granted for the filing of the foregoing dismissal.

Dated: April _2_, 2007
       Utica, New York                 Hon. David N. Hurd
                                      United States District Court Judge